## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| **In re: LAVIGNE, INC.,** | **Case No. 09-42771-JBR** |
| **Debtor** | |
| | **Chapter 11 Case** |

### STIPULATED MOTION REGARDING
### DEBTOR'S MOTION FOR ORDER
### APPROVING SALE OF THE DEBTOR'S ASSETS

NOW COME the Official Unsecured Creditors Committee of Lavigne, Inc. (the "Committee"), Lavigne, Inc. (the "Debtor") and HubCast, Inc. ("HubCast"), and hereby move that the deadline for the Committee to file a response to the Debtor's Motion for Order Approving Sale of the Debtor's Assets [Docket No. 16] (referred to herein as the "Sale Motion"), may be extended to August 20, 2009 at 1:00 p.m.

In support thereof, the parties note that pursuant to prior proceedings in this case, the Court has set a deadline of August 19, 2009 at 4:30 p.m. for parties to submit counteroffers or objections to the Sale Motion. The Committee has been investigating the Debtor's affairs, most recently through an examination of Toby Lavigne conducted on August 17, 2009, and it is also possible that one or more counteroffers may be received. As a result, the parties to this stipulation agree that the Committee's deadline for filing a response to the Sale Motion may be extended to August 20, 2009 at 1:00 p.m.

WHEREFORE, the parties respectfully pray that this stipulated motion be allowed.

Respectfully submitted this 18th day of August, 2009.


OFFICIAL UNSECURED CREDITORS
COMMITTEE OF LAVIGNE, INC.


By:_ /s/ Steven Weiss ___
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, PC
1441 Main Street, Suite 1100
Springfield, MA  01103
(413) 737-1131
sweiss@ssfpc.com


LAVIGNE, INC.


By: /s/ John J. Monaghan
John J. Monaghan, Esquire
BBO # 546454
Lynne B. Xerras, Esquire
BBO# 632441
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
(617)523-2700


HUBCAST, INC.


By: /s/ John G. Loughnane
John g. Loughnane, Esquire
BBO# 557599
Eckert Seamans Cherin & Mellot, LLC
One International Place
Boston, MA 02110
(617) 342-6885
jloughnane@eckertseamans.com

09\0372\Stipulation.Sale Motion