# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re:   LaVigne, Inc.                                      Case Number:   09-42771   ( JBR )

Matter:                                                     Chapter:       11

#16 Debtor's Motion For (I)  An Order (A) Approving Sale Procedures in Connection With Sale of Substantially All of the Debtor's Assets, (B) Approving the Break-up Fee and Expense Reimbursement, (C) Scheduling An Auction and Hearing to Approve the Transaction and Approving the Form and manner of Notice Thereof, and (D)

MOVANT/APPLICANT/PARTIES

Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts; and (II) An Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief and #101 Response of the Creditors' Committee and #102 Bid of DS Graphics, Inc.

## COURT ACTION:

Show Cause Order     _____Released     _____Enforced
_____Granted         _____Approved     _____Moot
_____Denied          _____Denied without Prejudice
_____Withdrawn in Open Court
_____Sustained       _____Overruled
_____Continued to: _____
__✓__Proposed Order to be Submitted by:  John Menaghan _____
_____Stipulation to be Submitted by:_____
_____Taken Under Advisement

## DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

_____
_____
_____
_____
_____
_____
_____
_____
_____

SO ORDERED:

*Joel B. Rosenthal* _____ Dated: 8/24/09

Joel B. Rosenthal